AO 91 (Rev. 5/85) Criminal Complaint

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

**ORIGINAL**

# United States District Court

NORTHERN DISTRICT OF GEORGIA

JAN 1 1 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA
v.
GUILLERMO PERALTA CASTANEDA,
aka Jose L. Bautista, Jaime Barcelata, Jose Rojas,
Delaino Bautista Canela, Jamie B. Morales

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05-MJ-0029

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 7, 2005</u> in <u>Cobb</u> County, in the Northern District of Georgia defendant did,

move and travel in interstate commerce between Georgia and the county of Mexico to avoid prosecution for the crime of murder, which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

_____
Signature of Complainant
Michael T. Greene
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>January 11, 2005</u>                          at   <u>Atlanta, GA</u>
Date                                                          City and State

JANET F. KING
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AUSA Katherine B. Monahan

**AFFIDAVIT**

1. Your affiant, Michael T. Greene, is a special agent with the Atlanta office of the Federal Bureau of Investigation.

2. On January 11, 2005, Lt. Chris Johnson, Acworth, Georgia Police Department advised the affiant as follows:

>(a) On January 11, 2005, an arrest warrant was issued by the Cobb County Magistrate Court, charging GUILLERMO PERALTA CASTANEDA with the January 7, 2005 murder of Lisa Bourquardez, 4343 Rockdale Dr, Acworth, Georgia. Bourquardez was stabbed multiple times with a knife, which caused her death.

>(b) Lt. Johnson and the Acworth Police Department were advised by a confidential source that CASTANEDA fled the State of Georgia and traveled to his native country of Mexico.

>(c) In addition, Lt. Johnson and the Acworth Police Department located a current Mexican drivers' license/identification card for CASTANEDA that he used on January 6, 2005, as proof of identification.

3.  The Acworth Police Department will extradite CASTANEDA from any jurisdiction in which he is apprehended.

Warrant No. 05-W-409    Case No. 0500264

# CRIMINAL WARRANT

**MAGISTRATE COURT OF COBB COUNTY**     Warrant No. **05-W-409**
**GEORGIA, COBB COUNTY**     Police Case No. **0500264**

Personally came M H Cheatham who makes oath before a Magistrate of this Court that Guillermo Peralta Castaneda (hereinafter called the accused) AKA: Jose Rojas, Jose Bautista, Jaime Barcelata, Guillermo Castaneda, Jose Bautista did, at 04:30:PM, on the 7th day of January, 2005 at 4343 Rockdale Drive, Acworth in the County of Cobb, Georgia, commit the offense of MURDER(F) violating O.C.G.A, Section 16-5-1, for that said accused did commit the offense of murder when he unlawfully and with malice aforethought, caused the death of Lisa Ann Bourquardez by inflicting multiple stab wounds which resulted in the loss of life to the victim. ;at 04:30:PM, on the 7th day of January, 2005 at 4343 Rockdale Drive, Acworth in the County of Cobb, Georgia, commit the offense of BURGLARY(F) violating O.C.G.A. Section 16-7-1, for that said accused did, without authority and with the intent to commit a felony therein, to-wit: murder, enter the residence of Lisa Ann Bourquardez at 4343 Rockdale Drive, Acworth, Cobb County, Georgia ;at 04:30:PM, on the 7th day of January, 2005 at 4343 Rockdale Drive, Acworth in the County of Cobb, Georgia, commit the offense of ARMED ROBBERY (F) violating O.C.G.A, Section 16-8-41, for that said accused did, with the intent to commit a theft, take a 1995 Saturn SL2, the property of Lisa Ann Bourquardez, from the immediate presence or person of Lisa Ann Bourquardez by use of an offensive weapon: a knife, and during the commission of said offense did intentionally murder Lisa Ann Bourquardez by use of said weapon.;at 04:30:PM, on the 7th day of January, 2005 at 4343 Rockdale Drive, Acworth in the County of Cobb, Georgia, commit the offense of THEFT BY TAKING, FELONY(F) violating O.C.G.A, Section 16-8-2 FEL, for that said accused did take a 1995 Saturn SL2 with Georgia license plate AAd 6432, being the property of Lisa Ann Bourquardez, having a value in excess of $500.00, with the intent to deprive said owner of said property.;at 04:30:PM, on the 7th day of January, 2005 at 4290 Old Cherokee Street, Acworth in the County of Cobb, Georgia, commit the offense of THEFT BY TAKING(M) violating O.C.G.A, Section 16-8-2 mis, for that said accused did take a blue Rand 12-speed bicycle, with a value of less than $500.00, the property of Daribel Gonzalez Escalonte, with the intent to deprive Mr. Gonzalez of the bicycle. ;
and affiant makes this affidavit that a warrant may issue for the arrest of the accused.

Affiant: M H Cheatham
Badge No. ac1021

Sworn to and subscribed before me, this 10th day of January, 2005.

Magistrate /~~Deputy Clerk~~

**To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshall or said State --**

**GREETINGS:**
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony established probable cause for the arrest of the accused, you are therefore commanded to Guillermo Peralta Castaneda accused named in the foregoing affidavit charged by the prosecutor therein with the offense against the laws of this State named in said affidavit and bring the accused before me, or some other judicial officer of Georgia, to be dealt with as the law directs. HEREIN FAIL NOT. This 10th day of January, 2005.

****** DOMESTIC VIOLENCE ******

This is copy of Warrant